IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Complainant, | * |
| | * |
| vs. | * CASE NUMBER   2:06-cr-00205-WHA-CSC |
| | * |
| SEBASTION K. SMITH, JR, and | * |
| COURTNEY D. FLOWERS, | * |
| | * |
| Defendant. | * |

**NOTICE OF APPEARANCE**

**COMES NOW**, Everett M. Urech, Counsel of Record for Defendant, Courtney D. Flowers, and enters his appearance in this cause.

Respectfully submitted this, the 25th day of August, 2006.

s/Everett M. Urech

_____
EVERETT M. URECH (ASB-6693-E44E)
URECH & LIVAUDAIS, P.C.
Attorney for Defendant
Post Office Drawer 70
Daleville, Alabama  36322
(334) 598-4455 / 598-2076 fax
daleatty@snowhill.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the United States Attorney, Middle District of Alabama, by electronically filing this the 25th day of August, 2006.

s/Everett M. Urech

_____
Of Counsel