COURTROOM DEPUTY MINUTES DATE: <u>SEPTEMBER 25, 2006</u>  FTR RECORDING: <u>4:01 - 4:13</u>

MIDDLE DISTRICT OF ALABAMA            COURT REPORTER: <u>RISA ENTREKIN</u>

❏ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>   **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:06CR205-WHA-CSC</u>   **DEFENDANT NAME:** <u>COURTNEY D. FLOWERS</u>

**AUSA:** <u>CHRISTOPHER A. SNYDER</u>   **DEFENDANT ATTY:** <u>EVERETT M. UR*ECH*</u>

Type Counsel:  ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  ( ) CDO

**USPTS/USPO:** <u>JACKIE CAPLE</u>

Defendant   does   √   does NOT need and interpreter.  Name: _____

---

❏   This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏   Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏   **ORAL ORDER** Appointing  ❏ FPD or ❏ CJA Panel.  Notice of Appearance to be filed.

❏   **WAIVER OF INDICTMENT** executed and filed.

❏   **FELONY INFORMATION** filed.

❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) <u>1 & 2</u>   of the **Indictment**

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√   Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏   No Plea Agreement entered. √ Written plea agreement filed. ❏ **ORDERED SEALED.**

√   **ORAL ORDER** Adjudicating defendant guilty.

√   **ORDER:** Defendant Continued √ Same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____ ; √ Sentencing on _____ ; √ to be set by Separate Order

❏   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or ❏ Sentencing on _____ ❏ Set by separate Order.

**ORAL ORDER** that the defendant be released and continued on the same conditions imposed by the Magistrate Judge.