# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 1, 2007 | AT: | 10:06 a.m. |
| DATE COMPLETED: | February 1, 2007 | AT: | 10:45 a.m. |

UNITED STATES OF AMERICA        )
                                )
vs.                             )   CR. No. 2:06cr205-WHA
                                )
COURTNEY D. FLOWERS             )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Christopher A. Snyder | Everett M. Urech |

## COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter                Scott Wright, USPO
Elna Behrman, Courtroom Deputy               Daniel Harrell, Law Clerk

## COURTROOM PROCEEDINGS

(X)  SENTENCING

Hearing commences.
Defendant is sworn.
Parties have reviewed the presentence report.
Court states for the record Defendant's objections to the enhancement of the Defendant's base offense level and the classification of the Defendant as a "prohibited person" (doc. 36)
After hearing argument from the Defendant, the court states that it will consider the statements of the Defendant and OVERRULES that part of the objection (Doc. 36).
After further argument, the court OVERRULES the objection as to the "prohibited person" (Doc. 36).
Court orally GRANTS the Government's Motion for Downward Departure (Doc. 37).
Court hears from Defendant's grandmother who requests Defendant be placed close to home. Court explains that it does not make recommendations on placement.
Sentence is stated.
No objections to the statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right of appeal.
Defendant is released under the same terms and conditions imposed by the Magistrate Judge on August 24, 2006.
Court is adjourned.